UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COLLINS ASSET GROUP, LLC,

                Plaintiff,

v.                                                                                                        ORDER

DIVERSIFIED FINANCING, LLC, et al.,                         20-cv-00942 (PMH)

                Defendants.
------------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Counsel for plaintiff and counsel for a number of the interpleader defendants, Jason R. Doss, Michael James Slocum, Leonard Alan Benowich, Lavinia Andreea Acaru, Collin Hatcher, John W. Shanklin II, and Michael Anthony Starvaggi, appeared telephonically at 1:00 p.m. today. Oral argument was had on the record.

    For the reasons indicated on the record and law cited therein, I am transferring this action to the United States District Court, Northern District of Georgia (Atlanta). The Order to Show Cause and papers upon which it is based (Doc. 33) remains undecided and *sub judice*.

    The time for the interpleader defendants named in Docs. 105, 107, 262, 272, 278, and 288 to answer or otherwise move with respect to the Amended Complaint is adjourned pending further order of the Court to which this action is being transferred, the Northern District of Georgia (Atlanta).

    Accordingly, the Clerk of the Court is respectfully directed transfer this action to the United States District Court, Northern District of Georgia (Atlanta) and administratively close this case.

SO-ORDERED:

Dated: New York, New York
       June 29, 2020

                                                _____
                                                Philip M. Halpern
                                                United States District Judge